

Liebowitz Law Firm, PLLC  
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305  
VALLEY STREAM, NY 11580  
(516) 233-1660  
WWW.LIEBOWITZLAWFIRM.COM

June 24, 2019

**VIA ECF**

Honorable Loretta A. Preska  
United States District Court  
Southern District of New York  
500 Pearl Street, Rm 12A  
New York, NY 10007



Re:   *Cannon v. Bumble Bee.*, 1:17-cv-08125 (LAP)

Dear Judge Preska:

    We represent Plaintiff Bill Cannon in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle based on the terms discussed at the pre-motion conference on June 20, 2019, pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal (with prejudice) by such time.

    Plaintiff also requests that the Court adjourn all dates until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendant Bumble Bee consents to the requested relief.

Respectfully Submitted,

/richardliebowitz/  
Richard Liebowitz

*Counsel for Plaintiff*

So ordered.  
Loretta A. Preska  
6-25-19