<u>Exhibit B</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL CANNON,

           Plaintiff,

-against-

BUMBLE BEE FOODS, LLC,

           Defendant.

Case No.: 1:17-cv-8125-LAP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

ECF Case

---

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Bill Cannon and defendant Bumble Foods, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: July 26, 2019

_/s/ Richard P. Liebowitz_
Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Bill Cannon*

Dated: 7/29, 2019

_/s/ Leonard F. Lesser_
Leonard F. Lesser
SIMON LESSER PC
355 Lexington Ave., 10th Fl.
New York, NY 10017
(212) 599-5455

*Attorneys for Defendant Bumble Bee Foods, LLC*

Date: _____

SO ORDERED:

Hon. Judge Loretta A. Preska
United States District Court Judge